**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **THE JOHNSTON COUNTY REPORT INCORPORATED,** | ) ) ) | **Civil Action No. 5:25-cv-00779** |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **COMPLAINT** |
| **MCLAMB BROADCASTING, INC.,** | ) ) | |
| **Defendants.** | ) ) ) | |

Plaintiff The Johnston County Report Incorporated ("The JoCo Report"), pursuant to Rule 3 of the Federal Rules of Civil Procedure, by and through its undersigned counsel, brings this Complaint against Defendant McLamb Broadcasting, Inc., for damages and injunctive relief, and in support thereof states as follows:

### INTRODUCTION

1.      Mickey Lamm grew up in news broadcasting and reporting. Following in the footsteps of his father, a pioneer of radio broadcasting in Eastern North Carolina, Mickey Lamm created the JoCo Report website to bring accessible news reporting to Johnston County residents via the internet.

2.      The JoCo Report is a product of journalistic skill, continuous diligence and creativity which brings readers to the frontline of breaking news. It accomplishes this, in part, through its selection of timely and interesting articles and by its inclusion of exclusive photos taken by its employees of these newsworthy events, showing its viewers the news being told.

1

3.      Defendant McLamb Broadcasting, Inc. ("WPYB") operates the WPYB radio station directed to audiences in Johnston County and, as part of its media services, offers competing internet news through the website, https://wpybcountry.com. Apparently, WPYB noticed JoCo Report's engaging selection of news stories and exclusive photographs showing these stories.  WPYB decided to do the same, literally the same, by copying the selection of news stories and copying the corresponding exclusive photography.

4.      WPYB uses the JoCo Report's photography on its website to report on the very same news as the articles that the JoCo Report publishes. The cycle is simple: The JoCo Report's network of journalists uncovers a story; the JoCo Report sends a photographer out to the site; the photographer uses his or her best judgment to capture the best angles and views to express the event visually to audiences; the JoCo Report publishes the photo with a quick summary soon after; WPYB takes the JoCo Report's photo and publishes the photo in its own article about the same event

5.      Readers of The JoCo Report value the visual elements of the reporting. As a result and in recognition of the copyrightable nature of its photography, the U.S. Copyright Office has registered the copyrights of several of The JoCo Report's photography. WPYB has also copied those registered copyrights.

**PARTIES**

6.      The JoCo Report owns and operates the JoCo Report website, https://jocoreport.com. The JoCo Report is a North Carolina corporation with a principal office and mailing address at 1270 Keen Rd, Four Oaks, NC 27524.

7.      Upon Information and belief, McLamb Broadcasting, Inc. owns and operates the WPYB website, https://wpybcountry.com. McLamb Broadcasting, Inc. is a North Carolina

2

corporation with a principal office 2234 Hodges Chapel Rd, Benson, NC 27504 and mailing address at 6487 Plain View Highway, Dunn, NC 28334.

## JURISDICTION AND VENUE

8.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1338(a).

9.     This Court has jurisdiction over the Defendant as it is incorporated and has its principal place of business in this state.

10.     Venue is appropriate in this Court pursuant to 28 U.S.C. § 1440(a).

## STATEMENT OF FACTS

11.     Mickey Lamm started The JoCo Report in 2019 after spending many years in radio broadcasting and reporting. Mickey Lamm's father, Carl Lamm pioneered a successful career in radio broadcasting, becoming known as the "Voice of Eastern North Carolina." When Carl Lamm retired in 2019, Mickey Lamm decided to pioneer his own career through jocoreport.com.

12.     A native to Eastern North Carolina, Mickey Lamm grew up with the values of hard work and integrity. His site is a no click-bait experience, relying on real news instead of hyperbole and sensationalism. The JoCo Report presents topical and informative updates on local events.

13.     Part of the draw of The JoCo Report is that its news articles rarely include stock photos. Mickey Lamm recruits runners and even takes photos personally after rushing to the site of breaking news, such as traffic accidents, crime scenes, or other recent events.

3

14.     Mickey Lamm understands that this photography is something which is valuable to the community, and these pictures intentionally capture the scene of the news article such that words could never replace them.

15.     To protect this value, The JoCo Report has registered several of the copyrights in Mickey Lamm's photography.

**A.  Works registered at VA 2-45-488.**

16.     On February 11, 2025, Mickey Lamm took the following picture for The JoCo Report:



17.     Titled "NC 210 Bridge Placement," this photo captured road construction on North Carolina Highway 210, which was reported on the next day on The JoCo Report. *See NC 210 Bridge Replacement Project Ahead Of Schedule*, The Johnston County Report (February 12, 2025).

18.     NC 210 Bridge Placement is labeled immediately below it "Johnston County Report Photo."

4

19. On April 6, 2025, Mickey Lamm took the following picture for The JoCo Report:



20. Titled "Fatal – Harper House Road," this photo captured a fatal car collision, which was reported the next day on The JoCo Report. *See Head-On Collision Claims Life Of Elderly Driver*, The Johnston County Report (April 7, 2025).

21. Fatal – Harper House Road is labeled immediately below it "Johnston County Report Photo."

22. On April 20, 2025, Mickey Lamm took the following picture for The JoCo Report:



5

23. Titled "Accident – US70, Selma," this photo captured another fatal car collision from a person trying to escape a police stop, which was reported the next day on The JoCo Report. *See Driver Fleeing From Police Causes Head-On Collision*, The Johnston County Report (April 21, 2025).

24. Accident – US70, Selma is labeled immediately below it "Johnston County Report Photo."

25. On May 2, 2025, Mickey Lamm took the following picture for The JoCo Report:



26. Titled "JCSO – E Holmes Street Search," this photo captures a search conducted by Johnston County Sheriff's Office Narcotics Unit in Benson, NC, which was reported on May 6, 2025 on The JoCo Report. *See Sheriff: Children Found Living In "Horrible And Unsanitary Conditions" During Drug Raid*, The Johnston County Report (May 6, 2025).

27. JCSO – E Holmes Street Search is labeled immediately below it "Johnston County Report Photo."

28.     The JoCo Report registered each of these photographs with the U.S Copyright Office as a group of published photographs. The Copyright Office issued Certificate of Registration VA 2-45-488 for these photos with an effective date of registration of May 9, 2025. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

**B.  Works pending registration.**

29.     On May 14, 2025, Mickey Lamm took the following picture for The JoCo Report:



30.     Titled "Accident – NC 50 South, Surles Road," this photo captures a roadway collision on NC Highway 50, which was reported the same day on The JoCo Report. *See Major Accident Shuts Down Busy Roadway*, The Johnston County Report (May 14, 2025).

31.     Accident – NC 50 South, Surles Road is labeled immediately below it "Johnston County Report Photo."

32.     On June 2, 2025, Mickey Lamm took the following two pictures for The JoCo Report:





33.     Titled "Chase – US 70 m1" and "Chase – US 70 m6," respectively, these photos were taken from a high-speed chase involving a stolen car where the suspect crashed into a fuel truck, which was reported the next day on The JoCo Report. *See Chase With Stolen Car Ends With Violent Crash*, The Johnston County Report (June 3, 2025).

34.     Both Chase – US 70 m1 and Chase – US 70 m6 are labeled immediately below them "Johnston County Report Photo."

35.     On June 5, 2025, Mickey Lamm took the following picture for The JoCo Report:



36.     Titled "Accident US 70, Pine Street, Princeton," this photo was taken from a tractor trailer collision, which was reported the same day on The JoCo Report. *See* Tractor Trailers Collide On US 70, The Johnston County Report (June 5, 2025).

37.     Accident US 70, Pine Street, Princeton is labeled immediately below it "Johnston County Report Photo."

38.     On June 13, 2025, Mickey Lamm took the following picture for The JoCo Report:



39.     Titled "Search warrant - Wood Lee Road," this photo was taken during a Johnston County Sheriff's Office meth raid, which was subsequently reported on June 18, 2025, on The

JoCo Report. *See* JCSO: Handgun, Meth Located During Search Warrant, The Johnston County Report (June 18, 2025).

40.     Search warrant – Wood Lee Road is labeled immediately below it "Johnston County Report Photo."

41.     The JoCo Report has applied to the U.S. Copyright Office for each of these photographs as a group of published photographs. Plaintiff's registration for these works is pending as the U.S. Copyright Office was closed due to the government shut down.

### C.  Defendant's illegal copying and DMCA violations

42.     Each photo above has a note below on The JoCo Report website which says, "Johnston County Report Photo."

43.     The bottom of The JoCo Report website includes the following notice:



**ABOUT US**

This material may not be published, broadcast, rewritten or redistributed without the express written consent of Johnston County Report Incorporated. All rights reserved. Copyright © 2019-2025 Johnston County Report.

Contact us: JohnstonCountyReport@gmail.com

44.     Despite notice below the photos and notice on the website page, Defendant WPYB still took these photos for its own use.

45.     On February 13, 2025, Defendant copied and published The JoCo Report's "NC 210 Bridge Placement" photo in the course of reporting on the identical story:

10

# Bridge Replacement Progressing Faster Than Planned





*See* Russmclamb, *Bridge Replacement Progressing Faster Than Planned*, WPYB Country (February 13, 2025).

46.     On April 8, 2025, Defendant copied and published The JoCo Report's "Fatal – Harper House Road" photo in the course of reporting on the identical story:

# Driver Loses Life In Head-on Collision





*See* Russmclamb, *Driver Loses Life In Head-on Collision*, WPYB Country (April 8, 2025).

47.     On April 22, 2025, Defendant copied and published The JoCo Report's "Accident – US70, Selma" photo in the course of reporting on the identical story:

11

# High Speed Chase Ends With Head-On Collision

russmclamb ✉ · April 22, 2025  Last Updated: April 22, 2025  🏳 Less than a minute



*See* Russmclamb, *High Speed Chase Ends With Head-On Collision*, WPYB Country (April 22, 2025).

48.     On May 7, 2025, Defendant copied and published The JoCo Report's "JCSO – E Holmes Street Search" photo in the course of reporting on the identical story:

# Narcotics Raid In Johnston County

russmclamb ✉ · May 7, 2025  Last Updated: May 7, 2025  🏳 Less than a minute



See Russmclamb, *Narcotics Raid In Johnston County*, WPYB Country (May 7, 2025).

49.     On May 14, 2025, Defendant copied and published The JoCo Report's "Accident – NC 50 South, Surles Road" photo in the course of reporting on the identical story:

12

# Serious Collision Involving Two Tractor Trailers And A Passenger Car





*See* Russmclamb, *Serious Collision Involving Two Tractor Trailers And A Passenger Car*, WPYB Country (May 14, 2025).

50.     On June 4, 2025, Defendant copied and published The JoCo Report's "Chase – US 70 m1" and "Chase – US 70 m6" photos in the course of reporting on the identical story:



russmclamb  ⏱ June 4, 2025                                    🔥 95

### Stolen Car Chase Ends With Crash
A dramatic chase through Johnston County ended Monday afternoon when a stolen blue Kia crashed into a fuel truck on...

[Read More »]

## Stolen Car Chase Ends With Crash





A dramatic chase through Johnston County ended Monday afternoon when a stolen blue Kia crashed into a fuel truck on Wilson's Mills Road.

13

*See* Russmclamb, *Search Results For: Stolen Car Chase Ends with Crash*, WPYB Country (June 4, 2025); Russmclamb, *Stolen Car Chase Ends With Crash*, WPYB Country (June 4, 2025).

51.     On June 5, 2025, Defendant copied and published The JoCo Report's "Accident US 70, Pine Street, Princeton" photo in the course of reporting on the identical story:

## Two Tractor Trailers Involved In A Collision On US 70

russmclamb ✉ · June 5, 2025  Last Updated: June 5, 2025  🔖 Less than a minute



*See* Russmclamb, *Two Tractor Trailers Involved In A Collision On US 70*, WPYB Country (June 5, 2025).

52.     On June 18, 2025, Defendant copied and published The JoCo Report's "Search warrant - Wood Lee Road" photo in the course of reporting on the identical story:

## A Four Oaks Resident Faces Multiple Charges

russmclamb ✉ · June 18, 2025  Last Updated: June 18, 2025  🔖 Less than a minute



*See* Russmclamb, *A Four Oaks Resident Faces Multiple Charges*, WPYB Country (June 18, 2025).

14

53.     In every instance shown above, Defendant used The JoCo Report's works without its permission.

54.     Defendant's unauthorized use has allowed it to benefit from The JoCo Report's creativity and effort in capturing the perfect photos to draw in readers and enhance the reader's understanding of the relevant events.

**D.  Defendant's unfair and deceptive trade practices and competition.**

55.     As part of its news reporting, The JoCo Report had a unique and custom border designed for its news story imagery ("JCR Background"). The JoCo Report has used this background continuously for over five years in commerce such that consumers now associate it with The JoCo Report.

56.     In course of taking media directly from The JoCo Report, Defendant also copied and used the JCR Background.

57.     The JCR Background constitutes protectable trade dress.

58.     The JCR Background is used for various images used by The JoCo Report, and it accompanies mugshot postings related to mugshot stories.

59.     When used with mugshots, the mugshot has the unique background and an opaque watermark using The JoCo Report's logo.



60.    Plaintiff has been using its logo JCR JOCO REPORT for over five years in commerce in association with its news reporting, and it constitutes a protectable trademark.



61.    Many, if not all, of Defendant's mugshot images have that JoCo Report Watermark on the image and the unique background.

62.    Defendant shows little to no independent effort to curate its own publications and chooses, instead, to publish The JoCo Report's stories and images.

63.    Many of these stories are not publicly available. Mickey Lamm, founder of The JoCo Report, leverages his involvement and ties to the Johnston County community to get either exclusive information or access to important and newsworthy scenes.

64.    Much of Defendant's reporting is simply taking stories The JoCo Report publishes and reposting them on its website without any credit or permission. Defendant's front page frequently features JoCo Report exclusive stories or images. Sometimes Defendant's front page is purely stories uncovered, developed, and curated by The JoCo Report.

65.    Topically, the stories are identical, and Defendant publishes them within a day or even hours of when The JoCo Report publishes the stories. The substance of each story is a slavish revision of The JoCo Report's story, and the images are typically exact copies from The JoCo Report's website.

66.     The following is an example of Defendant's main page from June 9, 2025, wherein every story and image is from The JoCo Report:



67.     This is not a one-time occurrence, rather Defendant consistently makes its main page and news story catalogue either exclusively or significantly The JoCo Report's work product.

68.     Another example from October 16, 2025, captures Defendant's same conduct. All the following are The JoCo Report's stories and images (The JoCo Report hired a stringer to take the photo of the train):



69.     Another example from November 20, 2025, shows Defendant's same method of operation—to build its reporting business off The JoCo Report's work:



70.    To reiterate, while the mugshots are publicly accessible, Defendant does not go to the public record. Defendant goes to The JoCo Report's website and takes The JoCo Report's curated and edited images and reposts them. The stories such as "Two Men Face Charges for Theft" and "Smithfield Walmart Employee Faces Charges" are stories that The JoCo Report's owner, Mickey Lamm, gets exclusive access to from his connections with law enforcement and others in the Johnston County Community.

71.    Defendant gives no credit, asks no permission, and for months has simply exploit The JoCo Report's hard work and business for its own gain.

## COUNT I – COPYRIGHT INFRINGEMENT

(17 U.S.C. § 101, et. Seq.)

72.    The foregoing allegations are incorporated herein by reference.

19

73.     Plaintiff owns all rights, title, and interest in and to the works alleged herein.

74.     Defendant has infringed Plaintiff's exclusive rights in the works by copying and displaying them without Plaintiff's authorization.

75.     Defendant's actions are willful and deliberate. Plaintiff identified itself as the owner of the images on its website, from which Defendant took the works anyway.

76.     Plaintiff has been damaged as a result of Defendant's infringement through lost engagement with its platform, loss of control over its works, and injury to reputation.

77.     Plaintiff is entitled to recover statutory damages from Defendant pursuant to 17 U.S.C. § 504(c) in amount to be determined at trial.

78.     Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting further infringement.

## COUNT II – REMOVAL OR ALTERATION OF COPYRIGHT MANAGEMENT INFROMATION
### (17 U.S.C. § 1202)

79.     The foregoing allegations are incorporated herein by reference.

80.     Plaintiff conveyed copyright management information in connection with each of Plaintiff's works, as defined by 17 U.S.C. § 1202(c).

81.     A caption immediately beneath each of Plaintiff's works, as they appear on their respective news pages on The Johnston County Report's website, identifies each work as a "Johnston County Report Photo."

82.     Additionally, the footer of The Johnston County Report's website, which appears on each page, states "This material may not be published, broadcast, rewritten or redistributed without the express written consent of Johnston County Report Incorporated. All rights reserved. Copyright © 2019-2025 Johnston County Report."

83.     Defendant intentionally removed all copyright management information in connection with each of Plaintiff's works when Defendant posted those works on its website without any attribution to Plaintiff.

84.     Defendant lacked any approval or consent from Plaintiff to remove any copyright management information in connection with Plaintiff's works.

85.     Defendant additionally intentionally altered the works' copyright management information by including as a footer on WPYB "© Copyright 2025, All Rights Reserved | McLamb Broadcasting."

86.     Defendant lacked any approval or consent from Plaintiff to alter any copyright management information in connection with Plaintiff's works.

87.     Plaintiff is entitled to recover statutory damages pursuant to 17 U.S.C. § 1203(c)(3)(B).

88.     Pursuant to 17 U.S.C. § 1203(b)(1), Plaintiff is entitled to a permanent injunction prohibiting further infringement.

89.     Such injunction would not be a prior restraint on free speech or the press protected under the 1st Amendment to the Constitution.

## COUNT III – UNFAIR AND DECEPTIVE TRADE PRACTICES
### (N.C. Gen. Stat. §§ 75-1.1 *et seq.*)

90.     The foregoing allegations are incorporated herein by reference.

91.     Defendant has taken images and news stories from Plaintiff which provide the basis for most, if not all, of Defendant's news reporting.

92.     Defendant curates its news stories based on what Plaintiff publishes and misappropriates the same images for those stories.

21

93.    Defendant's front page is sometimes exclusively stories it took from Plaintiff.

94.    Some of these images utilize a unique background which Plaintiff had custom made for its news story thumbnails.

95.    This background constitutes protectable trade dress.

96.    Further, many of these images utilize a watermark using Plaintiff's logo. Defendant routinely uses images with this watermark on its news site.

97.    Plaintiff's logo JCR JOCO REPORT constitutes a protectable trademark, which has been in use in commerce over five years.

98.    Defendant makes no attempt to clarify the origin point of its news stories or images.

99.    Defendant lacks any authorization from Plaintiff to use its images or stories.

100.    Plaintiff gathered its news reports from inside knowledge and relationships, particularly concerning law enforcement activity.

101.    Plaintiff's selection and exclusivity of news stories and images are a commercial advantage to Plaintiff which it earned through its organization, skill, labor, and money.

102.    By taking Plaintiff's stories and images, Defendant has bypassed the need to do any real reporting of its own and simply palms off Plaintiff's news and reporting as its own.

103.    Defendant's conduct is in or affecting commerce in North Carolina as it runs a news site for profit in and for Johnston County.

104.    Defendant's conduct has a tendency to deceive the consuming public, and it is otherwise unfair.

105.    Defendant's conduct has proximately caused injury to Plaintiff.

22

## COUNT IV – UNFAIR COMPETITION

### (Common law)

106.    The foregoing allegations are incorporated herein by reference.

107.    Plaintiff and Defendant are business competitors.

108.    As alleged above, Defendant copied Plaintiff's news stories and images, which make up most of the Defendant's reporting.

109.    Defendant's front page is sometimes exclusively stories it took from Plaintiff.

110.    Some of these images utilize a unique background which Plaintiff had custom made for its news story thumbnails.

111.    This background constitutes protectable trade dress.

112.    Plaintiff has gathered its news stories and images which amount to a commercial advantage earned through its organization, skill, labor, and money.

113.    By taking Plaintiff's stories and images, Defendant has bypassed the need to do any real reporting and simply palms off Plaintiff's news as its own.

114.    Further, many of these images include a watermark of Plaintiff's logo. Defendant routinely uses images with this watermark.

115.    Plaintiff's logo JCR JOCO REPORT constitutes a protectable trademark.

116.    Defendant makes no attempt to clarify the origin point of its news stories or images.

117.    Defendant lacks any authorization from Plaintiff to use its images or stories.

118.    Defendant has dealt unfairly with and toward Plaintiff, and Defendant's unfair conduct has proximately caused injury to Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests this Court enter relief as follows:

a) An award of actual damages in connection with Defendant's infringing acts and misappropriations;

b) An award of statutory damages under 17 U.S.C. § 504(c) in an amount to be determined at trial, including up to $150,000.00 per work for any willful infringement;

c) An award of Plaintiff's costs and expenses incurred in this action to enforce its rights in its copyrighted works, including its reasonable attorney fees under 17 U.S.C. § 505;

d) A permanent injunction prohibiting Defendant from infringing any of Plaintiff's copyrighted works in this case;

e) An award of Plaintiff's costs and expenses incurred in this action to protect the integrity of its copyright management information, including reasonable attorney's fees under 17 U.S.C. § 1203(b)(5);

f) A permanent injunction prohibiting Defendant from removing or altering Plaintiff's copyright management information;

g) A permanent injunction prohibiting Defendant from copying Plaintiff's selection of story's and "hot news" reporting;

h) Disgorgement of Defendant's ill-gotten gains;

i) Trebling of damages and award of attorneys fees pursuant to N.C. Gen. Stat. § 75-1.1;

j) Prejudgment interest, and

k) Such relief that the Court may deem just and proper.

Respectfully submitted this 1st day of December 2025.

*/s/Anthony J. Biller*

24

Anthony J. Biller
NC State Bar No. 24,117
Jay C. Thomas
NC State Bar No. 62,708
Envisage Law
PO Box 30099
Raleigh, NC 27622
Telephone: (919) 268-8998
Facsimile:  (984) 212-5164
Email: ajbiller@envisage.law
            jcthomas@envisage.law

*Counsel for Plaintiff*