EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-450-488**

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
June 28, 2025



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:** February 12, 2025 to May 06, 2025

### Title

    **Title of Group:** JoCo Report Photos February through May 2025
**Number of Photographs in Group:** 4

### Completion/Publication

    **Year of Completion:** 2025
**Earliest Publication Date in Group:** February 12, 2025
**Latest Publication Date in Group:** May 06, 2025
    **Nation of First Publication:** United States

### Author

-     **Author:** The Johnston County Report Incorporated
    **Author Created:** photographs
  **Work made for hire:** Yes
      **Domiciled in:** United States

### Copyright Claimant

  **Copyright Claimant:** The Johnston County Report Incorporated
1270 Keen Rd, Four Oaks, NC, 27524, United States

### Rights and Permissions

    **Organization Name:** The Johnston County Report Incorporated
            **Name:** Mickey Shawn Lamm
       **Telephone:** (919)669-1332

Page 1 of 2

Case 5:25-cv-00779-M-RN     Document 1-1     Filed 12/01/25     Page 1 of 2

**Address:** 1270 Keen Rd
Four Oaks, NC 27524 United States

## Certification

**Name:** Jay C Thomas
**Date:** May 09, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.