**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **THE JOHNSTON COUNTY REPORT INCORPORATED,** | ) | **Civil Action No. 5:25-cv-00779** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **MCLAMB BROADCASTING, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

NOW COMES Anthony J. Biller with the law firm Envisage Law, and hereby gives notice of appearance in this matter, on behalf of the Plaintiff, The Johnston County Report Incorporated.

Respectfully submitted the 11th day of December 2025.

ENVISAGE LAW

*/s/Anthony J. Biller*
Anthony J. Biller
NC State Bar No. 24,117
Envisage Law
PO Box 30099
Raleigh, NC 27622
Telephone: (919) 268-8998
Facsimile: (984) 212-5164
Email: ajbiller@envisage.law

*Counsel for Plaintiff*