# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | | |
|---|---|---|
| THE JOHNSTON COUNTY REPORT INCORPORATED, | ) ) ) | Civil Action No. 5:25-cv-00779 |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE OF APPEARANCE |
| MCLAMB BROADCASTING, INC., | ) ) ) | |
| Defendants. | ) ) | |

NOW COMES Jay C. Thomas with the law firm Envisage Law, and hereby gives notice of appearance in this matter, on behalf of the Plaintiff, The Johnston County Report Incorporated.

Respectfully submitted the 11th day of December 2025.

                                          **ENVISAGE LAW**

                                          */s/Jay C. Thomas*
                                          Jay C. Thomas
                                          NC State Bar No. 62,708
                                          Envisage Law
                                          PO Box 30099
                                          Raleigh, NC 27622
                                          Telephone: (919) 268-8998
                                          Facsimile: (984) 212-5164
                                          Email: jcthomas@envisage.law

                                          *Counsel for Plaintiff*