Civil Action No.   **5:25-CV-00779-M-RN**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **MCLAMB BROADCASTING, INC.,**
was recieved by me on  **12/12/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Mary Russell**, who is designated by law to accept service of process on behalf of **MCLAMB BROADCASTING, INC.,** at **6487 Plain View Highway, Dunn, NC 28334** on **12/13/2025 at 11:30 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 170.00** for services, for a total of **$ 170.00**.

I declare under penalty of perjury that this information is true.

Date:   12/13/2025

*Server's signature*

**Olawole Kalejaiye**
*Printed name and title*

**1505 gorman street
Apt C
Raleigh, NC 27606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Mary Russell who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**

**I delivered the document to an individual who identified themselves as Mary Russell. This individual stated that they are authorized to receive all documents for McLamb Broadcasting INC, c/o Henry Russell. This individual also stated that they are Henry Russell's daughter.**

